# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-409-RJC-DCK

| | |
|---|---|
| CYNTHIA HAMPTON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Motion To Dismiss" (Document No. 13) filed February 28, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion as moot.

The undersigned notes that the parties filed a "Stipulation Of Dismissal" (Document No. 14) on March 25, 2020. The parties' Stipulation states in part that "since this accomplishes the same relief as sought by the Defendant in its motion to dismiss, Defendant joins in the Stipulation of Dismissal." <u>See</u> (Document No. 14, p. 1 ¶8). As such, the undersigned finds that the pending motion to dismiss is now moot.

**IT IS, THEREFORE, ORDERED** that "Defendant's Motion To Dismiss" (Document No. 13) is **DENIED AS MOOT**.

Signed: March 30, 2020

David C. Keesler
United States Magistrate Judge