## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:19-cv-409-RJC-DCK

| | |
|---|---|
| **CYNTHIA HAMPTON,** | |
| Plaintiff, | |
| **v.** | **NOTICE OF SETTLEMENT** |
| **CHARLOTTE-MECKLENBURG BOARD OF EDUCATIONS,** | |
| Defendant. | |

The parties hereby notice the Court that the parties reached a full and complete settlement of the claims in this matter. Upon receipt of the proceeds of the settlement within ten days of execution of the settlement agreement which was completed on June 22, 2021, Plaintiff's counsel will file a dismissal with prejudice of the matter.

June 24, 2021.

**/s/JOHN W. GRESHAM**
John W. Gresham
NCSB#: 6647
TIN FULTON WALKER & OWEN PLLC
301 E. Park Avenue
Charlotte NC 28203
Telephone: 704.338.1220
Fax: 704.338.1312
jgresham@tinfulton.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned filed the foregoing **NOTICE OF SETTLEMENT** using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

> Terry L. Wallace
> WALLACE CHILDERS
> 5970 Fairview Road; Suite 625
> Charlotte, North Carolina 28210

This 24th day of June, 2021.

> **/s/JOHN W. GRESHAM**
> John W. Gresham
> TIN, FULTON, WALKER & OWEN, PLLC
> 301 East Park Avenue
> Charlotte, NC 28203
> Tel.: 704-338-1220
> Fax.: 704-338-1312
> jgresham@tinfulton.com